### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **V.** | ) CR. NO. 03-00252-CG |
| | ) |
| **THOMAS RANDALL PARKER,** | ) |
| | ) |
| Defendant. | ) |

### ORDER

This matter came on for a supervised release revocation hearing on October 20, 2005, at which the defendant executed a waiver of revocation hearing, and admitted to violating his conditions of release as set forth in the Probation Petition dated September 27, 2005 (Doc. 48) and as amended on October 19, 2005 (Doc. 51). The defendant orally moved the court not to revoke his conditions of release, and instead, add an additional condition that he be required to attend The Salvation Army's 28-hour in-house drug and alcohol abuse treatment program. The United States advised that it had no objection to the motion.

Although the court finds that the defendant has violated the terms of his supervised release, it will not revoke him at this time. Defendant's motion is **GRANTED** and his supervised release term is hereby **MODIFIED** to include the following: 1) the defendant shall enroll in and successfully complete the 28-day residential substance abuse treatment program at The Salvation Army at his own expense; and 2) the defendant is prohibited from use of any alcohol.

The court warns the defendant that if comes before this court again for a revocation hearing, his supervised release term will be revoked, and he will receive the maximum custody sentence

provided by law.

      **DONE and ORDERED** this 4th day of November, 2005.

                                                  /s/ Callie V. S. Granade
                                                  CHIEF UNITED STATES DISTRICT JUDGE