## IN THE UNITED STATES DISTRICT COURT FOR
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| **VS.** | *    **CR. NO. 03-00252-CG** |
| **THOMAS RANDALL PARKER,** | * |
| **Defendant.** | * |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction

of clerical mistakes contained an order in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the

first paragraph, second sentence of the order dated November 4, 2005 (Doc. 54) to read as follows:

The defendant orally moved the court not to revoke his conditions of release, and instead, add an

additional condition that he be required to attend The Salvation Army's 28-day in-house drug and alcohol

abuse treatment program.

**DONE AND ORDERED** this 7th day of November, 2005.

  /s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE