IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **VS.** | *   **CR. NO. 03-00252-CG** |
| **THOMAS RANDALL PARKER,** | * |
| **Defendant.** | * |

## ORDER

This matter is before the court on the defendant's motion to reconsider sentence and/or correct judgment (Doc. 70). For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, the court hereby **AMENDS** nunc pro tunc the judgment, which was entered in the above styled case on January 16, 2007, to read as follows:

> The court makes the following recommendation to the Bureau of Prisons: that the defendant be housed at an institution where a residential, comprehensive drug abuse treatment program is available.

**DONE AND ORDERED** this 17th day of January, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE